UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE AMR CORPORATION

-----------------------------------------------------------X

LAWRENCE M. MEADOWS,

                       Appellant,

        -v-

AMR CORPORATION,

                       Appellee.

-----------------------------------------------------------X

No. 18 Civ. 6149 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the resolution of Appellate Case No. 18-16204 in the United States Court of Appeals for the Ninth Circuit, the Court hereby adopts the parties' proposed briefing schedule:

- Appellant Meadows's Opening Brief: due March 2, 2020
- Appellee's Response Brief: due April 1, 2020
- Appellant Meadows's Reply Brief: due April 16, 2020

The Clerk of Court is respectfully directed to mail a copy of this Order to Appellant Meadows.

SO ORDERED.

Dated:    December 13, 2019
            New York, New York

Hon. Ronnie Abrams