UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                   :

IN RE AMR CORPORATION            :

-----------------------------------------------------------X
                                                                   :

LAWRENCE M. MEADOWS,          :

                          Appellant,   :

                                                                   :                      No. 18 Civ. 6149 (RA)
                        -v-              :

                                                                    :                      <u>ORDER</u>

AMR CORPORATION,              :

                          Appellee.   :

-----------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

On December 13, the Court adopted the parties' proposed briefing schedule. Dkt. 9. Pursuant to that schedule, Appellant Meadows's reply brief was due on April 16, 2020. *Id.* Appellant Meadows has not yet filed his brief. No later than May 11, 2020, Appellant Meadows shall either file his reply brief, or file a letter stating that he does not intend to file a reply brief.

The Clerk of Court is respectfully directed to mail a copy of this Order to Appellant Meadows.

SO ORDERED.

Dated:      April 27, 2020
            New York, New York                                   Hon. Ronnie Abrams