```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
  IN RE AMR CORPORATION                                    :
                                                           :
-----------------------------------------------------------X
                                                           :
  LAWRENCE M. MEADOWS,                                     :
                                                           :
                           Appellant,                      :
                                                           :         No. 18-CV-6149 (RA)
                    -v-                                    :
                                                           :         ORDER
  AMR CORPORATION,                                         :
                                                           :
                           Appellee.                       :
                                                           :
-----------------------------------------------------------X
```

RONNIE ABRAMS, United States District Judge:

On December 13, 2019, the Court adopted the parties' proposed briefing schedule. Dkt. 9. Pursuant to that schedule, Appellant Meadows's reply brief was due on April 16, 2020. *Id*. Appellant Meadows failed to timely file his reply brief. On April 27, 2020, the Court issued an Order directing Appellant Meadows to either file his reply brief or file a letter stating that he does not intend to file a reply brief by May 11, 2020. Dkt. 12. Appellant Meadows again failed to timely file a reply brief or a letter stating that he does not intend to file a reply brief. His deadline to do so is hereby extended to June 19, 2020. If Appellant files a letter stating that he does not intend to file a reply brief, his appeal will be considered fully submitted. **Yet if Appellant Meadows fails to comply with this Order—either by filing a reply brief or by filing a letter stating that he does not intend to do so—this action will be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

The Clerk of Court is respectfully directed to mail a copy of this Order to Appellant Meadows.

SO ORDERED.

Dated:   May 29, 2020
        New York, New York           Hon. Ronnie Abrams