USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
:
IN RE AMR CORPORATION
:
:
----------------------------------------------------------X
:
LAWRENCE M. MEADOWS,                              :
:
Appellant,    :
:                        No. 18-CV-6149 (RA)
-v-                       :
:                            ORDER
AMR CORPORATION,                                  :
:
Appellee.     :
:
----------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

    Pending before the Court is Appellant's appeal from the final judgment of the bankruptcy court. In his opening brief, Appellant requested oral argument. By no later than January 24, 2022, the parties shall submit a joint letter to the Court indicating their availability for argument during the weeks of February 7, 2022 and February 14, 2022. The Court will hear argument by videoconference.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Appellant.

SO ORDERED.

Dated:    January 3, 2022
               New York, New York

                                                                Hon. Ronnie Abrams