USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

AMR CORPORATION,

                DEBTORS.

LAWRENCE M. MEADOWS,

                Appellant,

                v.

AMR CORPORATION,

                Appellee.

No. 18-CV-6149 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Consistent with the Court's Opinion and Order of May 16, 2022, the Clerk of Court is respectfully directed to enter judgment in this case for Appellee AMR Corporation.

SO ORDERED.

Dated:     May 17, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge