UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

AMR CORPORATION,

                        Debtors.
------------------------------------------------------------X
LAWRENCE M. MEADOWS,

                      Appellant,                  18 **CIVIL** 6149 (RA)

      -against-                              **<u>JUDGMENT</u>**

AMR CORPORATION,

                      Appellee.
------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 17, 2022, and the Court's Opinion and Order dated May 16, 2022, Meadows' appeal is dismissed and judgment is entered for Appellee AMR Corporation.

**Dated:** New York, New York
         May 19, 2022

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                               **BY:**   *K. Mango*
                                                  **Deputy Clerk**